**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GENERAL STEEL DOMESTIC SALES,L.L.C., d/b/a GENERAL STEEL CORPORATION,<br><br>         Plaintiff,<br>   vs.<br><br>JOHN W. SUTHERS, et. al.,<br><br>         Defendants | 2:06-CV-00411-LKK-KJM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

   THIS MATTER comes before the Court on the Unopposed Motion for Extension of Time to File Responsive pleading filed by Defendants Steelwise, LLC, Harold G. Donahue, and Timothy McKenna.  The Court has reviewed the Motion and finds that it should be granted.

   IT IS THEREFORE ORDERED that Defendants' Motion is granted and that the Defendants shall file a responsive pleading on or before April 21, 2006.


   Dated this 23rd day of March, 2006.

                                   /s/Lawrence K. Karlton
                                   Lawrence K. Karlton
                                   Senior Judge
                                   U.S. District Court