1  MENNEMEIER GLASSMAN & STROUD LLP
   Andrew W. Stroud (SBN 126475)
2  *(E-mail: stroud@mgslaw.com)*
   980 Ninth Street, Suite 1700
3  Sacramento, CA  95814-2736
   Telephone:   (916) 553-4000
4  Facsimile:    (916) 553-4011

5  FAEGRE & BENSON LLP
   Thomas B. Kelley (Pro Hac Vice)
6  *(E-mail: tkelley@faegre.com)*
   Steven D. Zansberg (Pro Hac Vice)
7  *(E-mail: szansberg@faegre.com)*
   1700 Lincoln Street, Suite 3200
8  Denver, CO  80203
   Telephone:   (303) 607-3500
9  Facsimile:    (303) 607-3600

10 Attorneys for Defendants Denver/Boulder Better
   Business Bureau, Jean Herman, Matthew Fehling,
11 Carrie King Rossman, Joe Toscano, Tony King,
   Hope Marie Dunlavey, Darrell Vessels, Mark Renn,
12 Geta Asfaw, Bowen Banbury, Dwight Brown, Janice
   Campbell, Joe Conrad, Barbara Grimm, Breckenridge
13 Grover, Mark Johnson, Jerald Kaiser, DonLee Lane,
   Tamela Lee, Jeff Metz, Dean Pisciotta, Jon Robinson,
14 Steven Salter, David Smith, Bill Stevenson, Toti
   Cadavid, Suzanne Shaw, Judith Spires, Deborah Wiest,
15 Darrell Brown, Steve Budnack, Rob Naish, Ressie Pate,
   Craig Reynolds, Allan Service, Council of Better
16 Business Bureaus, Inc., Kenneth J. Hunter

17                IN THE UNITED STATES DISTRICT COURT

18                FOR THE EASTERN DISTRICT OF CALIFORNIA

19

20 GENERAL STEEL DOMESTIC SALES,           )
                                           ) CASE NO. 2:06-CV-00411-LKK-KJM
21              Plaintiff,                 )
                                           ) STIPULATION AND ORDER
22 v.                                      ) CONTINUING STATUS (PRETRIAL
                                           ) SCHEDULING) CONFERENCE AND
23 JOHN W. SUTHERS, et al.                 ) MOTIONS HEARING DATE
                                           )
24              Defendants.                ) Date:   June 26, 2006
                                           ) Time:   10:00 a.m.
25                                         ) Ctrm:   4
                                           ) Honorable Lawrence K. Karlton
26 _____ )

27         WHEREAS this action was filed on or about February 26, 2006;

28

1        WHEREAS by Order entered February 27, 2006, a Status (Pretrial Scheduling) Conference is presently set for May 22, 2006 at 11:00 a.m.;

2        WHEREAS on or about April 21, 2006, the BBB Defendants filed a motion to stay to be heard on May 30, 2006;

3        WHEREAS on or about April 21, 2006, the KUSA Defendants filed a joinder in support of the BBB Defendants' motion to stay;

4        WHEREAS on or about April 21, 2006, the Sacramento County Defendants filed a motion for abstention to be heard on May 30, 2006;

5        WHEREAS on or about April 21, 2006, the Colorado A.G. Defendants filed a motion to abstain to be heard on May 30, 2006;

6        WHEREAS on or about April 21, 2006, the New Mexico Defendants filed a motion to dismiss for lack of personal jurisdiction, and on or about May 1, 2006, filed a joinder in the motions to abstain, both to be heard on May 30, 2006;

7        WHEREAS on or about April 21, 2006, Defendants Dana and Sue Beers and Kirk Jarvis filed a motion to dismiss for lack of personal jurisdiction to be heard on May 30, 2006;

8        WHEREAS on or about April 21, 2006, the Steelwise Defendants filed a motion to dismiss and a joinder in the motion for abstention filed by the Sacramento County Defendants to be heard on May 30, 2006;

9        WHEREAS the outcome of the pending motions may have a material impact on the future scheduling of this matter, the parties all desire to have the motions heard and determined prior to the Status (Pretrial Scheduling) Conference in order to conserve judicial resources and promote efficiency and economy for all parties and this Court;

NOW, THEREFORE, the parties, by and through their respective counsel, do hereby stipulate and agree as follows:

1.   The hearing on all pending motions, presently scheduled for May 30, 2006 at 10:00 a.m., shall be continued to June 26, 2006 at 10:00 a.m.; and

2. The Status (Pretrial Scheduling) Conference in this action, presently scheduled for May 22, 2006, is CONTINUED to August 7, 2006 at 1:30 p.m. in Chambers.

IT IS SO STIPULATED.

YAGMAN & YAGMAN & REICHMANN

Dated: _____   By: _____/s/ Stephen Yagman_____
                                         Stephen Yagman

HALL & EVANS LLC
MARK W. NELSON (Pro Hac Vice)

DOWNEY BRAND LLP
JANLYNN R. FLEENER

Dated: _____   By: _____/s/ Mark Nelson_____
                                         Mark Nelson
                                 Counsel for the Colorado A.G. Defendants

FAEGRE & BENSON LLP
STEVEN D. ZANSBERG (Pro hac vice)
THOMAS B. KELLEY (Pro hac vice)

MENNEMEIER, GLASSMAN & STROUD
ANDREW W. STROUD

Dated: _____   By: _____/s/ Andrew W. Stroud_____
                                         Andrew W. Stroud
                                 Counsel for the BBB Defendants

RIEGELS CAMPOS & KENYON LLP
CHARITY KENYON

Dated: _____   By: _____/s/ Charity Kenyon_____
                                         Charity Kenyon
                                 Counsel for the KUSA Defendants

```
                              COHEN HORNER, LLP
                              MARK S. COHEN
                              SUSAN MORATH HORNER

                              STEVENS, LITTMAN, BIDDISON, THARP &
                              WEINBERG, LLC
                              MARK ELLIS BIDDISON
```

Dated: _____   By: _____/s/ Susan Morath Horner_____
                                         Susan Morath Horner
                                 Counsel for the Steelwise Defendants


```
                              LONGYEAR, O'DEA & LAVRA, LLP
                              JOHN A. LAVRA
                              JERI LYNN PAPPONE
```

Dated: _____   By: _____/s/ John A. Lavra_____
                                         John A. Lavra
                                 Counsel for the Sacramento County D.A. Defendants


```
                              MORENO & RIVERA, LLP
                              JESSE M. RIVERA
                              JONATHAN B. PAUL
                              SHANAN L. HEWITT

                              MONTGOMERY & ANDREWS, P.A.
                              STEPHEN S. HAMILTON (Pro hac vice)
                              ANDREW S. MONTGOMERY (Pro hac vice)
```

Dated: _____   By: _____/s/ Jesse M. Rivera_____
                                         Jesse M. Rivera
                                 Counsel for the New Mexico A.G. Defendants


                              ERIC GRANT

Dated: _____   By: _____/s/ Eric Grant_____
                                         Eric Grant
                                 Counsel for Dana Beers, Sue Beers and Kirk Jarvis


         IT IS SO ORDERED.


Dated: May 8, 2006.              /s/Lawrence K. Karlton
                                 Lawrence K. Karlton
                                 Senior Judge
                                 United States District Court

391.01.PLE.Stip and Ord Cont Sched Conf .wpd      4      STIP AND ORDER CONTINUING STATUS
                                                         (PRETRIAL SCHEDULING) CONFERENCE AND
                                                         MOTIONS HEARING DATE