UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GENERAL STEEL DOMESTIC
SALES, LLC, dba GENERAL
STEEL CORPORATION,

        NO. CIV. S-06-411 LKK/KJM

    Plaintiff,

 v.                        O R D E R

JOHN W. SUTHERS, et al.,

    Defendants.
                                    /

    A hearing on this case is scheduled for June 26, 2006, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to various motions filed by defendants. Issued concurrently with this order is the court's order granting the motion of Mark S. Cohen, Susan M. Horner, Cohen Horner, LLP, Mark L. Biddison, and Stevens, Littman, Biddison, Thrap and Weinberg ("counsel") to withdraw as counsel of record for defendants Steelwise, LLC, Harold

////

////

1

G. Donahue, and Timothy McKenna.[1]

Accordingly, the court ORDERS as follows:

1. The June 26, 2006 hearing date is vacated and the above-captioned matter is STAYED pending the resolution of the representation issues described above.

2. The parties are directed to re-notice the motions previously scheduled for June 26, 2006, if appropriate, after the representation issues are resolved.

3. Plaintiff's counsel's motion to continue the hearing date, filed June 6, 2006, is DISMISSED AS MOOT.

IT IS SO ORDERED.

DATED:   June 9, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Counsel has filed a number of motions currently scheduled on this court's Law and Motion Calendar.

2