UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GENERAL STEEL DOMESTIC
SALES, LLC, dba GENERAL
STEEL CORPORATION,

        NO. CIV. S-06-411 LKK/KJM

    Plaintiff,

  v.                              O R D E R

JOHN W. SUTHERS, et al.,

    Defendants.
_____/

    A hearing in this case is presently scheduled for July 24, 2006, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to numerous motions filed by defendants. On July 17, 2006, the Colorado Attorney General defendants and the Sacramento defendants filed an ex parte application requesting the court continue the hearing. Defendants explain that a brief continuance is warranted because a global settlement with numerous defendants

////

////

1

1   is contemplated by the various parties involved.¹  Ex Parte App.
2   at 3.  Plaintiff's counsel filed a statement of non-opposition to
3   this request on July 20, 2006.  Good cause having been shown, the
4   court hereby ORDERS that the hearings on all motions currently
5   scheduled on July 24, 2006 are CONTINUED to October 10, 2006 at
6   10:00 a.m. on the court's Law and Motion calendar.
7       IT IS SO ORDERED.
8       DATED:  July 20, 2006

        /s/ Lawrence K. Karlton
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

---

¹ The BBB defendants and the Gannett and Yost defendants agree to the 60-day continuance if all motions to stay are continued as well.  Ex Parte App. at 4, n. 2.

2