UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GENERAL STEEL DOMESTIC
SALES, LLC, dba GENERAL
STEEL CORPORATION,

NO. CIV. S-06-411 LKK/KJM

        Plaintiff,

    v.                                    O R D E R

JOHN W. SUTHERS, et al.,

        Defendants.
_____/

        A Status Conference is currently set for August 7, 2006 in the above-captioned case.  Numerous motions were filed by defendants, which were to be heard on the court's July 24, 2006 Law and Motion Calendar.  On July 19, 2006, however, the parties notified the court that they are attempting to finalize a global settlement agreement and requested that the court continue the matter accordingly.  The court therefore continued the hearing date on these motions to October 10, 2006.

////

1    In light of the continuance on the pending motions before the

2    court, the Status Conference is also CONTINUED to October 10, 2006,

3    immediately following the court's Law and Motion calendar.  The

4    parties are reminded of their obligation to file status reports not

5    later than ten days preceding the conference.

6        IT IS SO ORDERED.

7    DATED:  July 26, 2006

8                              LAWRENCE K. KARLTON

9                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26