1  MARION R. YAGMAN
   STEPHEN YAGMAN
2  YAGMAN & YAGMAN & REICHMANN
   723 Ocean Front Walk
3  Venice Beach, California 90291-3212
   Telephone: (310) 452-3200
4

5  Attorneys for Plaintiff,
   GENERAL STEEL DOMESTIC SALES, L.L.C.
6  dba GENERAL STEEL CORPORATION

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                         **SACRAMENTO DIVISION**
10

11
   GENERAL STEEL DOMESTIC SALES,       )   CASE NO. CIV S-06-411 LKK/KJM
12 L.L.C. dba GENERAL STEEL            )
   CORPORATION,                        )   **SUBSTITUTION OF ATTORNEYS**
13                                     )
              Plaintiff,                )
14                                     )
   v.                                  )
15                                     )
   JOHN W. SUTHERS, KENNETH SALAZAR,   )
16 JAN M. ZAVISLAN, MARIA E.           )
   BERKENKOTTER, JAY SIMONSON,         )
17 ANDREW P. McCALLIN, MIKE LANGLEY,   )
   BRIAN L. LAUGHLIN, JAN SCULLEY,     )
18 JUSTIN PUERTA, LANCE McHENRY,       )
   DENVER BOULDER BETTER BUSINESS      )
19 BUREAU, dba DENVER/BOULDER BETTER   )
   BUSINESS BUREAU, JEAN HERMANN,      )
20 MATTHEW FEHLING, CARRIE KING        )
   ROSSMAN, JOE TOSCANO, TONY KING,    )
21 HOPE MARIE DUNLAVEY, DARREL         )
   VESSLES, MARK RENN, LARRY DUDMAN,   )
22 GETA ASFAW, BOWEN BANBURY,          )
   DWIGHT BROWN, JANICE CAMPBELL, JOE  )
23 CONRAD, BRECKENRIDGE GROVER,        )
   MARK JOHNSON, JERALD KAISER,        )
24 DONLEE LANE, TAMELA LEE, JEFF METZ, )
   DAVID SMITH, BARBARA GRIMM, TONY    )
25 KING, TOTI CADAVID, JANICE          )
   CAMPBELL, TAMELA LEE, SUZANNE       )
26 SHAW, JUDITH SPIRES, DEBORAH WEIST, )
   DARREL BROWN, STEVE BUDNACK, ROB    )
27 NAISH, RESSIE PATE, DEAN PISCIOTTA, )
   CRAIG REYNOLDS, JON ROBINSON,       )
28 STEVEN SALTER, ALLAN SERVICE, BILL  )

                                    1
                         **SUBSTITUTION OF ATTORNEYS**

| | |
|---|---|
| STEVENSON, COUNCIL OF BETTER BUSINESS BUREAUS, INC., KENNETH J. HUNTER, CHIP YOST, GANNETT CO., INC., STEELWISE, LLC., HAROLD G. DONAHUE, TIMOTHY MCKENNA, PATRICIA MADRID, ANITA WOLFF, DANA BEERS, SUE BEERS, KIRK JARVIS and ONE HUNDRED UNKNOWN NAMED DEFENDANTS, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Plaintiff GENERAL STEEL DOMESTIC SALES, L.L.C. dba GENERAL STEEL CORPORATION (hereinafter "GENERAL STEEL") hereby substitutes Richard M. Jacobson and Patrick Markham and the law firm Jacobson Markham L.L.P., 8950 Cal Center Drive, Suite 210, Sacramento, California 95826, Telephone: (916) 854-5969 as its attorney of record in this action, in lieu and in place of Stephen Yagman of Yagman & Yagman & Reichmann, 723 Ocean Front Walk, Venice Beach, California 90291-3212, Telephone: (310) 452-3200.

DATED: _____, 2006          GENERAL STEEL DOMESTIC SALES, L.L.C. dba
                                                            GENERAL STEEL CORPORATION

                                                            By: Jeffrey Knight
                                                            Its: President

I accept the above substitution.

DATED: _____, 2006          JACOBSON MARKHAM L.L.P.

                                                            Patrick T. Markham

1  I consent to the above substitution.

2  DATED: _____, 2006            YAGMAN & YAGMAN & REICHMANN

3

4

5                                     _____
                                      Stephen Yagman

6

7  IT IS SO ORDERED.

8  DATED: August 23, 2006             _____
                                      LAWRENCE K. KARLTON
9                                     SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
10

3

**SUBSTITUTION OF ATTORNEYS**