UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GENERAL STEEL DOMESTIC
SALES, LLC, dba GENERAL
STEEL CORPORATION,

NO. CIV. S-06-411 LKK/KJM

        Plaintiff,

   v.                          O R D E R

JOHN W. SUTHERS, et al.,

        Defendants.
_____/

       A status conference in this case is scheduled for October 10, 2006. The court is in receipt of the parties' stipulation to continue the status conference. The court orders that the status conference currently set for October 10, 2006 is hereby CONTINUED to December 11, 2006 at 1:30 p.m.

       IT IS SO ORDERED.

       DATED: October 2, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT