UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GENERAL STEEL DOMESTIC
SALES, LLC, dba GENERAL
STEEL CORPORATION,

        NO. CIV. S-06-411 LKK/KJM

    Plaintiff,

  v.                         O R D E R

JOHN W. SUTHERS, et al.,

    Defendants.
                              /

      The court is in receipt of Colorado Attorney General Defendants' status report, which indicates that a settlement agreement has been executed in the consumer protection lawsuit filed by the Colorado Attorney General in state court. As part of that settlement, the plaintiff in this action has agreed to dismiss with prejudice the Colorado Attorney General defendants, the named defendants associated with Sacramento County, and the named defendants associated with the New Mexico Attorney General. The parties are awaiting entry of the consent decree. The court is

1

1 also in receipt of the BBB defendants' response to the status
2 report, which indicates that they wish to proceed with their
3 motion. Finally, the court has received a stipulation from all
4 parties, requesting that the status conference be continued for
5 ninety days.
6     Accordingly, the court orders as follows:
7     1. The motions filed by the Colorado Attorney General
8 defendants (Doc. No. 47), the defendants associated with Sacramento
9 County (Doc. No. 35), and the defendants associated with the New
10 Mexico Attorney General (Doc. No. 34) are hereby CONTINUED to April
11 9, 2007 at 10:00 a.m.
12     2. The remaining motions currently set for February 20, 2007
13 are hereby CONTINUED to February 23, 2007 at 10:00 a.m.
14     3. The status conference currently set for February 20, 2007
15 is hereby CONTINUED To May 21, 2007 at 1:30 p.m.
16     IT IS SO ORDERED.
17     DATED: February 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2