1  Jacobson & Markham, LLP
2  8950 Cal Center Drive, Suite 210
   Sacramento, CA 95826

3  Richard M. Jacobson, CSN 114520
4  Patrick Markham, CSN 114542

5  Attorneys for General Steel Domestic
   Sales, L.L.C, d/b/a General Steel
6  Corporation

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  GENERAL STEEL DOMESTIC SALES,        )    CASE NO. 06-CV-00411 LKK KJM
    L.L.C., d/b/a GENERAL STEEL          )
    CORPORATION,                         )
14                                       )    **STIPULATED DISMISSAL WITH**
                 Plaintiff,              )    **PREJUDICE**
15                                       )
    vs.                                  )
16                                       )    **[F.R.C.P. §41(a)(1)]**
    JOHN W. SUTHERS, KENNETH             )
17  SALAZAR, JAN M. ZAVISLAN, MARIA      )
    E. BERKENKOTTER, JAY SIMONSON,       )
18  ANDREW P. McCALLIN, MIKE             )
    LANGLEY, BRIAN L. LAUGHLIN, JAN      )
19  SCULLEY, JUSTIN PUERTA, LANCE        )
    McHENRY, DENVER/BOULDER              )
20  BETTER BUSINESS BUREAU, JEAN         )
    HERMAN, MATTHEW FEHLING,             )
21  CARRIE KING ROSSMAN, JOE             )
    TOSCANO, TONY KING, HOPE             )
22  MARIE DUNLAVEY, DARRELL              )

23

24  VESSELS, MARK RENN, LARRY            )
    DUDMAN, GETA ASFAW, BOWEN            )
    BANBURY, DWIGHT BROWN, JANICE        )
25  CAMPBELL, JOE CONRAD, BARBARA        )
    GRIMM, BRECKENRIDGE GROVER,          )
26  MARK JOHNSON, JERALD KAISER,         )
    DONLEE LANE, TAMELA LEE, JEFF        )
27  METZ, DEAN PISCIOTTA, JON            )
    ROBINSON, STEVEN SALTER,             )
28  DAVID SMITH, BILL STEVENSON,         )
    TOTI CADAVID, SUZANNE SHAW,          )
    JUDITH SPIRES, DEBORAH WIEST,        )

1  DARRELL BROWN, STEVE BUDNACK, )
   ROB NAISH, RESSIE PATE, CRAIG        )
2  REYNOLDS, ALLAN SERVICE,             )
   COUNCIL OF BETTER BUSINESS           )
3  BUREAUS, INC., KENNETH J.            )
   HUNTER, CHIP YOST, GANNETT CO.,      )
4  INC., STEELWISE, LLC, HAROLD G.      )
   DONAHUE, TIMOTHY McKENNA,            )
5  PATRICIA MADRID, ANITA WOLFF,        )
   DANA BEERS, SUE BEERS, KIRK          )
6  JARVIS, and ONE HUNDRED              )
   UNKNOWN NAMED DEFENDANTS,            )
7                                       )
                  Defendants.           )
8  ───────────────────────────────     )

9        It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

10  by and between the plaintiff GENERAL STEEL DOMESTIC SALES, L.L.C., d/b/a GENERAL

11  STEEL CORPORATION, by and through its attorney Patrick Markham of Jacobson &

12  Markham, LLP, and New Mexico defendants, PATRICIA MADRID and ANITA WOLFF by

13  and through their attorneys, Jesse M. Rivera of Moreno & Rivera, Stephen S. Hamilton and

14  Andrew S. Montgomery of Montgomery & Andrews, Pro Hac Vice  and Colorado Attorney

15  General defendants, JOHN W. SUTHERS, KENNETH SALAZAR, JAN M. ZAVISLAN,

16  MARIA E. BERKENKOTTER, JAY SIMONSON, ANDREW P. McCALLIN, MIKE

17  LANGLEY, and BRIAN L. LAUGHLIN, by and through their attorneys, Janlynn R. Fleener of

18  Downy Brand and Pro hac vice, Thomas Lyon of Hall & Evans, and Sacramento County

19  defendants JAN SCULLEY, JUSTIN PUERTA, and LANCE McHENRY by the through their

20  attorney John A. Lavra that the named defendant parties to this stipulation are dismissed with

21  prejudice forthwith pursuant to F.R.C.P. §41(a)(1).  As a condition of said dismissal each side is

22  to bear its own costs and attorney fees.

23

24                                        JACOBSON MARKHAM, LLP
                                          PATRICK MARKHAM
25

26  Dated: 4/5/2007          _____  /s/ Patrick Markham_____
                                          Patrick Markham, Counsel for Plaintiff
27                                        General Steel Corporation

28

1
DOWNEY BRAND, LLP
JANLYNN R. FLEENER

2

HALL & EVANS, LLC
3
THOMAS LYONS (Pro Hac Vice)

4
Dated: 4/5/2007                          /s/ Janlynn R. Fleener
5                                        Janlynn R. Fleener, Counsel for Defendants
                                         Colorado Attorney General
6

7   Dated: 4/5/2007                       /s/ Thomas Lyons
                                          Pro Hac Vice Attorney for Defendants
8                                        Colorado Attorney General

9
                                         LONGYEAR, O'DEA & LAVRA, LLP
10                                        JOHN A. LAVRA
                                         JERI LYNN PAPPONE
11

12  Dated: 4/5/2007                       /s/ John A. Lavra
                                         John A. Lavra, Counsel for Defendants
13                                        Sacramento County District Attorney

14
                                         MORENO & RIVERA
15                                        JESSE M. RIVERA

16                                        MONTGOMERY & ANDREWS, P.A.
                                         STEPHEN S. HAMILTON (Pro has vice)
17                                        ANDREW S. MONTGOMERY (Pro has vice)

18  Dated: 4/5/2007                       /s/ Jesse M. Rivera
                                         JESSE M. RIVERA
19                                        Attorney for New Mexico Defendants,
                                         Patricia Madrid & Anita Wolff
20
    Dated: 4/5/2007                       /s/ Andrew S. Montgomery
21                                        STEPHEN S. HAMILTON
                                         ANDREW S. MONTGOMERY
22                                        Pro Hac Vice Attorneys for NM Defendants,
                                         Patricia Madrid & Anita Wolff
23

24       In consideration of the Stipulation entered by the parties, the General Steel Domestic

25  Sales, L.L.C., d/b/a General Steel Corporation  v. John W. Suthers, et. al., United States District

26  Court, Eastern District of California, Case No. 06-CV-00411 LKK KJM is hereby dismissed with

27  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

28  ///

1          **IT IS SO ORDERED**.

2

3    Dated: June 6, 2007

4

5    _____
     LAWRENCE K. KARLTON

6    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28