1  Jacobson & Markham, LLP
   8950 Cal Center Drive, Suite 210
2  Sacramento, CA 95826

3  Richard M. Jacobson, CSN 114520
4  Patrick Markham, CSN 114542

5  Attorneys for General Steel Domestic
   Sales, L.L.C, d/b/a General Steel
6  Corporation

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL STEEL DOMESTIC SALES, L.L.C., d/b/a GENERAL STEEL CORPORATION, | CASE NO. 06-CV-00411 LKK KJM |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| vs. | |
| JOHN W. SUTHERS, KENNETH SALAZAR, JAN M. ZAVISLAN, MARIA E. BERKENKOTTER, JAY SIMONSON, ANDREW P. McCALLIN, MIKE LANGLEY, BRIAN L. LAUGHLIN, JAN SCULLEY, JUSTIN PUERTA, LANCE McHENRY, DENVER/BOULDER BETTER BUSINESS BUREAU, JEAN HERMAN, MATTHEW FEHLING, CARRIE KING ROSSMAN, JOE TOSCANO, TONY KING, HOPE MARIE DUNLAVEY, DARRELL VESSELS, MARK RENN, LARRY DUDMAN, GETA ASFAW, BOWEN BANBURY, DWIGHT BROWN, JANICE CAMPBELL, JOE CONRAD, BARBARA GRIMM, BRECKENRIDGE GROVER, MARK JOHNSON, JERALD KAISER, DONLEE LANE, TAMELA LEE, JEFF METZ, DEAN PISCIOTTA, JON ROBINSON, STEVEN SALTER, DAVID SMITH, BILL STEVENSON, TOTI CADAVID, SUZANNE SHAW, JUDITH SPIRES, DEBORAH WIEST, | **[F.R.C.P. §41(a)(1)]** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | DARRELL BROWN, STEVE BUDNACK,  )<br>ROB NAISH, RESSIE PATE, CRAIG       )<br>REYNOLDS, ALLAN SERVICE,              )<br>COUNCIL OF BETTER BUSINESS       )<br>BUREAUS, INC., KENNETH J.             )<br>HUNTER, CHIP YOST, GANNETT CO., )<br>INC., STEELWISE, LLC, HAROLD G.    )<br>DONAHUE, TIMOTHY McKENNA,       )<br>PATRICIA MADRID, ANITA WOLFF,  )<br>DANA BEERS, SUE BEERS, KIRK       )<br>JARVIS, and ONE HUNDRED             )<br>UNKNOWN NAMED DEFENDANTS,  )<br>                                                                )<br>               Defendants.                              )<br>_____ ) |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the plaintiff GENERAL STEEL DOMESTIC SALES, L.L.C., d/b/a GENERAL STEEL CORPORATION, by and through its attorney Patrick Markham of Jacobson & Markham, LLP, and New Mexico defendants, PATRICIA MADRID and ANITA WOLFF by and through their attorneys, Jesse M. Rivera of Moreno & Rivera, Stephen S. Hamilton and Andrew S. Montgomery of Montgomery & Andrews, Pro Hac Vice and Colorado Attorney General defendants, JOHN W. SUTHERS, KENNETH SALAZAR, JAN M. ZAVISLAN, MARIA E. BERKENKOTTER, JAY SIMONSON, ANDREW P. McCALLIN, MIKE LANGLEY, and BRIAN L. LAUGHLIN, by and through their attorneys, Janlynn R. Fleener of Downy Brand and Pro hac vice, Thomas Lyon of Hall & Evans, and Sacramento County defendants JAN SCULLEY, JUSTIN PUERTA, and LANCE McHENRY by the through their attorney John A. Lavra that the named defendant parties to this stipulation are dismissed with prejudice forthwith pursuant to F.R.C.P. §41(a)(1). As a condition of said dismissal each side is to bear its own costs and attorney fees.

                                                                    JACOBSON MARKHAM, LLP
                                                                    PATRICK MARKHAM

Dated: 4/5/2007                          /s/ Patrick Markham
                                                                    Patrick Markham, Counsel for Plaintiff
                                                                    General Steel Corporation

|   |   |
|---|---|
|   | DOWNEY BRAND, LLP<br>JANLYNN R. FLEENER |
|   | HALL & EVANS, LLC<br>THOMAS LYONS (Pro Hac Vice) |
| Dated: 4/5/2007 | /s/ Janlynn R. Fleener<br>Janlynn R. Fleener, Counsel for Defendants<br>Colorado Attorney General |
| Dated: 4/5/2007 | /s/ Thomas Lyons<br>Pro Hac Vice Attorney for Defendants<br>Colorado Attorney General |
|   | LONGYEAR, O'DEA & LAVRA, LLP<br>JOHN A. LAVRA<br>JERI LYNN PAPPONE |
| Dated: 4/5/2007 | /s/ John A. Lavra<br>John A. Lavra, Counsel for Defendants<br>Sacramento County District Attorney |
|   | MORENO & RIVERA<br>JESSE M. RIVERA |
|   | MONTGOMERY & ANDREWS, P.A.<br>STEPHEN S. HAMILTON (Pro has vice)<br>ANDREW S. MONTGOMERY (Pro has vice) |
| Dated: 4/5/2007 | /s/ Jesse M. Rivera<br>JESSE M. RIVERA<br>Attorney for New Mexico Defendants,<br>Patricia Madrid & Anita Wolff |
| Dated: 4/5/2007 | /s/ Andrew S. Montgomery<br>STEPHEN S. HAMILTON<br>ANDREW S. MONTGOMERY<br>Pro Hac Vice Attorneys for NM Defendants,<br>Patricia Madrid & Anita Wolff |

In consideration of the Stipulation entered by the parties, the General Steel Domestic Sales, L.L.C., d/b/a General Steel Corporation v. John W. Suthers, et. al., United States District Court, Eastern District of California, Case No. 06-CV-00411 LKK KJM is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

///

**IT IS SO ORDERED**.

Dated: June 6, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT