# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL STEEL DOMESTIC SALES, L.L.C. d/b/a GENERAL STEEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. SUTHERS, et. al.<br><br>Defendants. | No.   2:06-CV-00411-LKK-KJM<br><br>ORDER GRANTING PLAINTIFF GENERAL STEEL'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO REMOVE ABSTENTION STAY AND TRANSFER ACTION TO COLORADO DISTRICT COURT |

The Court, having received and duly considered Plaintiff General Steel's *Ex Parte* Motion for Extension of Time to File Reply in Support of its Motion to Remove Abstention Stay and Transfer Action to Colorado District Court hereby grants the Motion.  Plaintiff shall file its reply brief in support of General Steel's Motion to Remove Abstention Stay and Transfer Action to Colorado District Court on or before September 14, 2007.

IT IS SO ORDERED

DATED:  August 31, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT